**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| JOHN DOE, on behalf of himself and all others similarly situated, | ) ) ) |
| *Plaintiffs*, | ) ) **Case No. 0:15-cv-60894-DPG** |
| v. | ) ) ) |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY; TEL-DRUG, INC.; TEL-DRUG OF PENNSYLVANIA, L.L.C.; and DOES 1-10, inclusive, | ) ) ) ) ) |
| *Defendants*. | ) ) ) ) |

## JOINT NOTICE OF SETTLEMENT-IN-PRINCIPLE

On behalf of Plaintiff and Defendants Cigna Health and Life Insurance Company, Tel-Drug Inc., and Tel-Drug of Pennsylvania L.L.C. (together, "Cigna") (collectively, with Plaintiff, the "Parties"), the undersigned hereby notifies the Court that the Parties have reached a settlement-in-principle of this action and agreed on the material terms thereof. The Parties anticipate resolving the few remaining open issues and completing documentation of the settlement on or before October 7, 2015, at which time if those issues are resolved they will file a stipulated notice of dismissal with the Court pursuant to Fed. R. Civ. Proc. 41(a).

Counsel for Cigna has conferred with counsel for Plaintiff, who concurs in the filing of this Joint Notice.

Dated:  October 5, 2015

Respectfully submitted,

*s/ Robert M. Brochin*
Robert M. Brochin (FL Bar No. 319661)
rbrochin@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
200 South Biscayne Boulevard
Suite 5300
Miami, FL  33131-2339
Telephone:	305.415.3456
Facsimile:	305.415.3001

Brian W. Shaffer (*Pro Hac Vice*)
bshaffer@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
Telephone:	215.963.5000
Facsimile:	215.963.5001

Elise M. Attridge (*Pro Hac Vice*)
eattridge@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
2020 K Street NW
Washington, D.C.  20006-1806
Telephone:	202.373.6000
Facsimile:	202.373.6001

*Counsel for Defendants Cigna Health and Life Insurance Company, Tel-Drug, Inc., and Tel-Drug of Pennsylvania, L.L.C.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2015, I electronically filed the foregoing Notice and Motion via the CM/ECF system, which will send a notice of electronic filing to all counsel of record listed in the Notice of Electronic Filing.

*s/ Robert M. Brochin*
Robert M. Brochin