UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 15-60894-CIV-GAYLES/TURNOFF

JOHN DOE, on behalf of himself and all others
similarly situated,

    Plaintiffs,

vs.

CIGNA HEALTH AND LIFE INSURANCE
COMPANY; TEL-DRUG, INC.; TEL-DRUG
OF PENNSYLVANIA, LLC; and DOES 1-10,

    Defendants.
_____/

**NOTICE OF COURT PRACTICE UPON**
**NOTICE OF SETTLEMENT AND ORDER CLOSING CASE**

**THIS CAUSE** comes before the Court upon the parties' Joint Notice of Settlement-In-Principle [ECF No. 31], which indicates that this matter has settled. Based thereon,

**THE PARTIES** are hereby notified that, within thirty (30) days of the date of this Order, they must file a Stipulation or Notice of Dismissal and/or Settlement Agreement along with any other pertinent document necessary to conclude this action. It is further

**ORDERED AND ADJUDGED** that this action is **CLOSED** for administrative purposes, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6th day of October, 2015.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE