**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 0:15-cv-60894-DPG**

JOHN DOE, on behalf of himself and all others similarly situated,

    Plaintiffs,

v.

CIGNA HEALTH AND LIFE INSURANCE COMPANY; TEL-DRUG, INC.; TEL-DRUG OF PENNSYLVANIA, L.L.C.; and DOES 1-10, inclusive,

    Defendants.

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Plaintiff John Doe ("Doe"), and Defendants Cigna Health and Life Insurance Company ("Cigna"), Tel-Drug, Inc., and Tel-Drug of Pennsylvania, L.L.C. (collectively, "Defendants"), (hereinafter, the "Parties") have reached a binding settlement of this matter. Under the settlement, and without admitting any liability, Defendants have agreed, inter alia, to remove all non-injectable antiretroviral HIV/AIDS medications currently covered by Cigna from its list of medications that must be obtained through mail-order. Accordingly, the Parties stipulate that Plaintiff's individual claims in this action hereby are voluntarily dismissed with prejudice against Defendants pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii). This stipulation is without prejudice as to any putative class members that may exist. Each side to bear their own costs except as otherwise agreed.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED:  October 7, 2015 | **PODHURST ORSECK, P.A.** |

By:  /s/ Peter Prieto
PETER PRIETO (FL Bar No. 501492)
AARON S. PODHURST (FL Bar No. 63606)
JOHN GRAVANTE III (FL Bar No. 617113)
MATTHEW WEINSHALL (FL Bar No. 84783)
25 West Flagler Street, Suite 800
Miami, Florida 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com
apodhurst@podhurst.com
jgravante@podhurst.com
mweinshall@podhurst.com

**WHATLEY KALLAS, LLP**

Joe R. Whatley, Jr. (*Admitted Pro Hac Vice*)
jwhatley@whatleykallas.com
Edith M. Kallas (*Admitted Pro Hac Vice*)
ekallas@whatleykallas.com
1180 Avenue of the Americas, 20th Floor
New York, NY 10036
Tel: (212) 447-7060
Fax: (800) 922-4851

Alan M. Mansfield (*Admitted Pro Hac Vice*)
(Of Counsel)
amansfield@whatleykallas.com
10200 Willow Creek Road, Suite 160
San Diego, CA  92131
Tel: (619) 308-5034
Fax: (855) 274-1888

**CONSUMER WATCHDOG**

Jerry Flanagan (*Admitted Pro Hac Vice*)
jerry@consumerwatchdog.org
2701 Ocean Park Blvd., Suite 112
Santa Monica, CA 90405
Tel: (310) 392-0522

*Attorneys for Plaintiff*

|  |  |
|---|---|
| DATED:  October 7, 2015 | **MORGAN, LEWIS & BOCKIUS LLP** |

By:  /s/ Robert M. Brochin
Robert M. Brochin (FL Bar No.: 319661)
rbrochin@morganlewis.com
200 South Biscayne Blvd., Suite 5300
Miami, FL 33131-2339
Tel: (305) 415-3456
Fax: (305) 415-3001

Brian W. Shaffer (*Admitted Pro Hac Vice*)
bshaffer@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
Tel: (215) 963-5000
Fax: (215) 963-5001

Elise M. Attridge (*Admitted Pro Hac Vice*)
eattridge@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
2020 K Street NW
Washington, D.C.  20006-1806
Tel: (202) 373-6000
Fax: (202) 373-6001

***Counsel for Defendants Cigna Health and Life Insurance Company, Tel-Drug, Inc., and Tel-Drug of Pennsylvania, L.L.C.***